■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELBERT CHAMBERS, Appellant. [679 NYS2d 572] —Judgment, Supreme Court, Bronx County (Lawrence Tonetti, J.), rendered August 3, 1995, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

The court properly exercised its discretion in denying defendant's motion for a mistrial, since the witness's response about a series of other robberies that had been committed was cut off in midstream and, in any event, was not linked to defendant in particular (*see, People v Coursey*, 250 AD2d 351, *lv denied* 92 NY2d 850). Moreover, defense counsel explicitly informed the court that he did not wish to have a curative instruction issued, and defendant's complaint that the witness had acted in "bad faith" is unsubstantiated.

The court's instructions concerning credibility and identification, when viewed as a whole, conveyed the proper principles, including the People's burden of proof with respect to the reliability of the identification testimony.

The court properly admitted limited testimony concerning the complainant's viewing of a photo array since, under the circumstances, the defense opened the door to this matter (*People v Straker*, 247 AD2d 266). Concur—Milonas, J. P., Ellerin, Wallach and Tom, JJ.